IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Sheraton Jerome Smith )
Full name and prison number of )
plaintiff(s) 211796 )
)
 v. )  CIVIL ACTION NO. 2:06cv1102-WKW
Officer Tew  CoI )  (To be supplied by the Clerk of the
 )  U.S. District Court)
_____ )
 )
_____ )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✗)

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✗)

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.   Parties to this previous lawsuit:
         Plaintiff(s) _____
         
         Defendant(s) _____
         
      2.   Court (if federal court, name the district; if state court, name the county)
         _____
         
      3.   Docket No. _____
      
      4.   Name of Judge to whom case was assigned _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
    _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  5B/cell #22
Segregation

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Easterling Correction Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                ADDRESS  First Shift
1. Officer Tew CoI                  Easterling Correction Facility
2. _____
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  December 5th of 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Alabama Department of Correction Officer; Disrupted Store order.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
2:00pm. 5B/cell#22, Fail to bring my Store order after passing other inmates theirs. Intentionally, Officer Tew CoI Intentionally

GROUND TWO: Alabama Department of Correction Officer; Refusing to Work/Encouraging Co-worker

SUPPORTING FACTS: 2:00pm. 5B/cell #22, Refused to give inmate direct asst; Why I haven't received my store order. Telling co-workers he'll give my order after my order dead line today. Officer Tew COI   12/5/06 dead line   11/30/06 order

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
I would like to make a law suit and would like for this officer to work out side the prison. Security Safty.

S. J. Smith
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on December 5th 2006
(date)

S. J. Smith
Signature of plaintiff(s)

-3-

Release date 9/29/06
Warden Gwenz Mosley
First Shift 6:00 AM til 2:00 pm

FTA After date to be released

10/11/06
Seg. board
No discusion
Officer Bell and Ivey

10/18/06
Seg. board
No discusion
Officer Fayson and Tew

10/25/06
Seg. board
No discusion
Officer Fayson and Tew

11/1/06
Seg. board
No discusion
Officer Tew and Ivey

11/8/06
Seg. board
No discusion
Officer Bell and Ivey

11/15/06
Seg. board
No discusion

11/22/06
Seg. board
discusion
Warden Mosley
Officer Fayson and Baldwin.
Refused to give my property and refused to release me per. Warden Mosley

11/29/06
Seg. board
Refused me to attend
Officer Tew and Fayson

11/6/06
Seg. board
Refused me to attend
Officer Tew and Baldwin