AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____   District of   _____

Sheraton Jerome Smith
#211796      Plaintiff

V.

Officer Tew, COI
         Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:06cv1102-WKW

I, Sheraton J. Smith, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?      ☑ Yes      ☐ No      (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Easterling Correction Facility

   Are you employed at the institution? No    Do you receive any payment from the institution? No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?      ☐ Yes      ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. It's been 6 years or more since i had a wages. job; I think it was youngs Plant farm Opalika, Al. wages to-i dont remember

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment      ☐ Yes      ☑ No
   b. Rent payments, interest or dividends                ☐ Yes      ☑ No
   c. Pensions, annuities or life insurance payments     ☐ Yes      ☑ No
   d. Disability or workers compensation payments        ☐ Yes      ☑ No
   e. Gifts or inheritances                              ☑ Yes      ☐ No
   f. Any other sources                                  ☑ Yes      ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

1 Source: Gifts, Birthday and Holiday's ) Amount: $10 $25 to $50 or more
Family and Friends                          Continue: The Same Amount

2 Source: Visit Funds to eat ) Amount: $10 $25 to $50 or more
Every month or two                          Continue: The Same Amount

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☐ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☒ Yes    ☐ No

   If "Yes," describe the property and state its value. 1978 4 door Cadilac FleetWood Value. From $1,200 to $1,500 Runs Good. Silver Rope chain and Charm Silver link chain and Charm Holy Bible Black CDs and CD player Clothing and Shoes Time watches and Jordan Colone inside my automobile and more. $1,200 in cash and more. Tuskegee Police Department. Value. $400 to $500 or more

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Daughter Name Dashuniquewa A. Smith Contribute Support. $ What i can; When i can. I don't have a job; So i do the best that i can do to be Successful as a father can be.

I declare under penalty of perjury that the above information is true and correct.

December 18, 2006        S. J. Smith   AIS #211796
Date                     Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 240 Reverse (Rev. 10/03)

1. Source: Gifts Birthday and Holidays ) Amount: 10 $25 to $50 or more
Family and Friends                      Continue: The Same Amount

2. Source: Visit Funds to eat ) Amount: 10 $25 to $50 or more
                                Continue: The Same Amount
Every month or two

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☐ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, **automobiles or any other** thing of value?   ☑ Yes   ☐ No

   If "Yes," describe the property and state its value. 1978 4 door Cadilac Fleetwood Value. From $200 to $2500 Runs Good. Silver rope chain and charm Silver link chain and charm. Holy Bible Black. CD's and CD player Clothing and Shoes Time watch's Jordan Colone inside my automobile and more. $200 in cash and more Value. $00 to 500 or more. Tuskegee Police Department.

6. List the persons who are dependent on you for support, state your relationship to **each person and indicate** how much you contribute to their support. Daughter Name Dashuniquewa A. Smith contribute support. What i can; When i can. I don't have a job; So i do the best that i can do to be successful as a father can be.

I declare under penalty of perjury that the above information is true and correct.

_____         S. J. Smith  AIS# 211796
Date                                     Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 240 Reverse (Rev. 10/03)

1 Source: Gifts Birthday and Holidays) Amount: $10 $25 to $50 or more
Continue: The Same Amount
Family and Friends

2. Source: Visit Funds to eat) Amount: $10 $25 to $50 or more
Continue: The Same Amount
Every month or two

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☐ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value. 1978 4 door Cadilac FleetWood Value. From 1200 to 1500 Runs Good. Silver Rope chain and charm Silver link chain and charm Holy Bible Black CD's W/player Clothing and Shoes Time watches and Jordan Cologne inside my automobile and more. 1200 in cash and more Value $400 to $500 or more Tuskegee Police Department.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Daughter Name Dashuniquewa A. Smith Contribute Support. # what i can; when i can, I don't have a job; So i do the best that i can do to be Successful as a father can be.

I declare under penalty of perjury that the above information is true and correct.

_____       S. J. Smith AIS# 211796
Date                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.