```
                    STATE OF ALABAMA
                DEPARTMENT OF CORRECTIONS
                EASTERLING CORR FACILITY
```
RECEIVED

AIS #: 211796     NAME: SMITH, SHERATON JEROME     AS OF: 12/31/2006

*CoI*
*Officer Tew*

2007 JAN 18  A 9:50

P. HACKETT, CLERK
US DISTRICT COURT
MIDDLE DISTRICT ALA

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JAN | 31 | $3.10  | $0.00 |
| FEB | 28 | $10.31 | $50.00 |
| MAR | 31 | $42.84 | $90.56 |
| APR | 30 | $68.00 | $0.00 |
| MAY | 31 | $2.28  | $0.00 |
| JUN | 30 | $1.67  | $30.00 |
| JUL | 31 | $45.32 | $55.00 |
| AUG | 31 | $53.98 | $0.00 |
| SEP | 30 | $61.98 | $10.00 |
| OCT | 31 | $63.98 | $0.00 |
| NOV | 30 | $63.98 | $0.00 |
| DEC | 31 | $55.72 | $0.00 |

*Dec   31      $63.98      $63.98 Current Balance*

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
HOLMAN CORRECTIONAL FACILITY

AIS #: 211796        NAME: SMITH,SHERATON JEROME        AS OF: 01/12/2007

*CoI Officer Tew*

| MONTH | DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JAN | 19 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 12 | $29.66 | $63.98 |
| Jan | 03 | $63.98 | $63.98 Current Balance |
| Jan | 04 | $46.04 | $0.00 |
| Jan | 10 | $25.65 Current Balance | $0.00 |
| Jan | 5 | 25.65 | $15.00 |
| Jan | 5 | 25.65 | $25.00 |

$40.00 Not Posted