IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| SHERATON JEROME SMITH, #211 796 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-1102-WKW |
| OFFICER TEW, COI | * | |
| Defendant. | * | |

_____

**ORDER**

For good cause, it is

ORDERED that the court's February 22, 2007 order (Doc. No. 7) be and is hereby WITHDRAWN.

Done, this 22nd day of February 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE