Sheraton J. Smith
AIS#211796 M-30

To: Magistrate Judge    2:06CV1102-WKW

## Conclusion

Accordingly, it is the recommendation of the Magistrate Judge that Plaintiff complaint be Dismissed with prejudice pursuant to the provisions of 28 U.S.C § 1915(e)(2)(B)(i)

## Objections

Accordingly, to provisions of 28 U.S.C. § 1915(e)(2)(B)(i) Smith extremely finds selfishness capacity of the race is prejudice of this case. Smith V. Tew 1102 U.S.C. (2007)

Smith has also revealed that existence of this case has been lured through conscience of ignorance of the ability to move forward as set. Smith V. Tew 1102 U.S.C. (2007)

Smith intelligence of Constitutional Law are being deprived of this case. Frivolous asserts infringement of a legal interest are incorrect to a non-exist of civil court justice. Smith V. Tew 1102 U.S.C. (2007)

Done, this 1st day of March 2007.

Shearton J. Smith
Low key
Plaintiff

Mr. Sheraton Smith
AIS #211796 M-30
Holman Corr. Facility
Holman 3700
Atmore, Ala. 36503

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

U.S.C.M.
Legal Mail

To: Clerk
P.O. Box 711
Montgomery, Ala. 36101