IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHERATON JEROME SMITH # 211 796 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1102-WKW |
| ) | |
| OFFICER TEW, COI, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On February 23,, 2007, the Magistrate Judge filed a Recommendation (Doc. # 9) in this case, finding that this case be dismissed with prejudice. Plaintiff filed a timely objection on February 13, 2006 (Doc. # 10).

Upon an independent and *de novo* review of the record, it is ORDERED that:

    1. The objection (Doc. # 10) is OVERRULED;

    2. The Recommendation of the Magistrate Judge (Doc. # 9) is ADOPTED; and

    3. This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 30th day of March, 2007.

                                          /s/   W.  Keith Watkins
                                       UNITED STATES DISTRICT JUDGE