```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000987
Cashier ID: brobinso
Transaction Date: 10/29/2007
Payer Name: HOLMAN CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: SHERATON JEROME SMITH
 Case/Party: D-ALM-2-06-CV-001102-001
 Amount:         $12.00
-----------------------------------
CHECK
 Check/Money Order Num: 22902
 Amt Tendered:   $12.00
-----------------------------------
Total Due:      $12.00
Total Tendered: $12.00
Change Amt:     $0.00
```