```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003928
Cashier ID: cstrecke
Transaction Date: 02/19/2008
Payer Name: HOLMAN CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: SHERATON JEROME SMITH
 Case/Party: D-ALM-2-06-CV-001102-001
 Amount:         $8.00
------------------------------------
CHECK
 Remitter: HOLMAN CORRECTIONAL FAC
 Check/Money Order Num: 23148
 Amt Tendered:  $8.00
------------------------------------
Total Due:      $8.00
Total Tendered: $8.00
Change Amt:     $0.00
```