```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004417
Cashier ID: khaynes
Transaction Date: 03/24/2008
Payer Name: HOLMAN CORR FACILITY
-------------------------------------
PLRA CIVIL FILING FEE
 For: SHERATON JEROME SMITH
 Case/Party: D-ALM-2-06-CV-001102-001
 Amount:         $6.00
-------------------------------------
CHECK
 Check/Money Order Num: 23202
 Amt Tendered:   $6.00
-------------------------------------
Total Due:       $6.00
Total Tendered:  $6.00
Change Amt:      $0.00
```